## 37995. ROBINSON v. ROBINSON.

Judgment affirmed without opinion pursuant to Rule 59 of this court.

*All the Justices concur.*

DECIDED DECEMBER 3, 1981 —
REHEARING DENIED DECEMBER 15, 1981.

*Craig & Elrod, Don M. Jones,* for appellant.
*Custer, Hynes & Johnson, Lawrence B. Custer,* for appellee.